FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 10, 2025

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GARY HOLMESMITH and CATHERINE HOLMESMITH, a married couple, | NO:  2:24-CV-0309-TOR |
| Plaintiff, | ORDER OF DISMISSAL WITH PREJUDICE |
| vs. | |
| STATE FARM FIRE AND CASUALTY COMPANY, a foreign corporation, | |
| Defendant. | |

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss.  ECF No. 11.  The parties agree that Plaintiff's claims against Defendant should be dismissed with prejudice and without an award of costs or fees to any party.  The Court has reviewed the record and files herein and is fully informed.

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1.  The Stipulated Motion to Dismiss, ECF No. 11, is **GRANTED**.

2.  Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is

    **DISMISSED** with prejudice and without an award of costs or fees to any

    party.

    The District Court Executive is directed to enter this Order and Judgment of

Dismissal, furnish copies to counsel, and **CLOSE** the file.

    DATED March 10, 2025.



                         THOMAS O. RICE
                     United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2